■ GARY A. CAPASSO et al., Respondents, v KLEEN ALL OF AMERICA, INC., et al., Appellants. [847 NYS2d 894]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Gorski, J.P., Smith, Centra, Fahey and Pine, JJ.

■ RONALD J. HARRINGTON et al., Appellants-Respondents, v MARIAN GAGE, Respondent-Appellant. [847 NYS2d 894]—Motion and cross motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.

■ In the Matter of MAILSTAR, INC., Petitioner-Respondent, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents-Petitioners, and DOROTHEA HAMPTON, Respondent. [847 NYS2d 893]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES T. JONES, Appellant. [847 NYS2d 488]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Criminal Sale Controlled Substance, 2nd Degree). Present—Scudder, P.J., Gorski, Lunn, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BONAPARTE, Appellant. [847 NYS2d 488]—Motion to dismiss appeal granted. Memorandum: Appeal unanimously dismissed and matter remitted to Onondaga County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). (Appeal from Judgment of Onondaga County Court, William J. Burke, J.—Sodomy, 1st Degree). Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.